IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RODNEY M. LUNDY, AIS # 191057,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0439-WS-C |
| **JERRY FERRELL,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, of this order adopting the report and recommendation, and of the judgment dismissing this action.

**DONE** this 18th day of October, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**